**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| YORGENIS JOSÉ MATHEUS-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office,<br><br>Respondent. | ) | No. 2:26-cv-03199-SHL-cgc |

**ORDER STAYING TRANSFER AND REQUIRING RESPONSE**

On September 16, 2026, while he was being held at the West Tennessee Detention Facility, Petitioner Yorgenis José Matheus-Hernandez filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) He challenges his continued detention without a bond hearing. (Id. at PageID 4.) Petitioner Matheus-Hernandez is a citizen of Venezuela. (Id. at PageID 3.) He states that he first entered the United States in August 2022, seeking protection from persecution, and he has since resided in Memphis. (Id.) On August 27, 2026, he received a notice to appear for a Credible Fear Interview at the ICE office in Nashville. (Id.) On September 14, when Petitioner Matheus-Hernandez appeared for his interview, ICE took him into custody and detained him at the West Tennessee Detention Facility. (Id. at PageID 4.) On September 19, after this Petition was filed, Petitioner Matheus-Hernandez was transferred to a detention center in Natchez, Mississippi.[1] (ECF No. 4.) He seeks, among other things,

[1] On September 20, Petitioner filed an emergency motion seeking leave to serve the United States Attorney and an order to return Petitioner to the Western District of Tennessee. (ECF No. 4.) This Order resolves that Motion, which is therefore **DENIED AS MOOT**.

immediate release or a bond hearing. (ECF No. 1 at PageID 6.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing. 175 F.4th at 734.

Upon review of the Petition, it is **ORDERED** as follows:

(1) Within **three business days** of the filing of this Order, Petitioner shall deliver a copy of **the Petition and this Order** to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.

(2) Within **three business days** after Petitioner complies with the above requirement, Respondent shall respond to the Petition. If the basis of Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), or state why Lopez-Campos otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

(3) Petitioner may file a reply within **three business days** after Respondent's responsive filing.

(4) Respondent shall immediately transfer Petitioner back to the Western District of Tennessee and not transfer him out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 24th day of September, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE